JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LEWIS GRAY,

     Plaintiff,

  vs.

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a governmental entity; and DOES 1 through 50, inclusive,

     Defendants.

Case No.: CV 17-7502-DMG (Ex)

**ORDER RE: JOINT STIPULATION RE: DISMISSAL DISMISSAL [FRCP 41(a)(1)(A)(ii)] [39]**

    IT IS HEREBY ORDERED that, pursuant to agreement between the parties, the above-entitled case is dismissed WITH PREJUDICE, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own costs and fees incurred in this action. The Order to Show Cause dated December 10, 2018 [Doc. # 38] is DISCHARGED.

**IT IS SO ORDERED.**

DATED: December 17, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

- 1 -